**Julie Dombrowski v Menominee County, et al**

**Case No. 2:24-cv-00065**

# EXHIBIT A

**To Plaintiff's Motion**

## EXHIBIT A: LIST OF CASES

| Case Name | Case Number |
|---|---|
| 36th Street Properties, LLC v Kent | 1:23-cv-00766 |
| Avery v Kent | 1:23-cv-00929 |
| Boniface v Barry | 1:23-cv-00871 |
| Bristol v Kent | 1:23-cv-00900 |
| Cole v Mackinac | 2:23-cv-00159 |
| Gerlach v Mackinac | 2:23-cv-00147 |
| Havela v Gogebic | 2:23-cv-00124 |
| Hottenrott v Iron | 2:23-cv-00117 |
| Hurlburt v Osceola | 1:23-cv-00906 |
| Jones v Baraga | 2:23-cv-00162 |
| Kleyn v Muskegon | 1:23-cv-00928 |
| Kyser v Kalkaska | 1:23-cv-00893 |
| Larson v Marquette | 2:23-cv-00175 |
| Leidecker-Farrier v Missaukee | 1:23-cv-00873 |
| Morrison v Gogebic | 2:23-cv-00120 |
| Paul v Marquette | 2:23-cv-00121 |
| Smith v Calhoun | 1:23-cv-00789 |
| Strong v Marquette | 2:23-cv-00150 |
| Theison v Dickinson | 2:23-cv-00129 |
| Veen Price v Chippewa | 2:23-cv-00138 |
| Wolfe v Alger | 2:23-cv-00146 |