**Julie Dombrowski v Menominee County, et al**

**Case No. 2:24-cv-00065**

# EXHIBIT B

**To Plaintiff's Motion**

## EXHIBIT B: LIST OF CASES

| Case Name | Case Number |
| --- | --- |
| Bailey v Chippewa | 2:24-cv-00045 |
| Barry v Newaygo | 1:24-cv-00387 |
| Bennett v Berrien | 1:24-cv-00234 |
| Bergey v Houghton | 2:24-cv-00064 |
| Bradacs v Delta | 2:24-cv-00052 |
| Bunker v Mackinac | 2:24-cv-00044 |
| Cantin v Ingham | 1:24-cv-00322 |
| Cantu v Oceana | 1:24-cv-00430 |
| Dancz v Lake | 1:24-cv-00431 |
| Dombrowski v Menominee | 2:24-cv-00065 |
| Felkers v Kent | 1:24-cv-00392 |
| JAB Legacy, LLC v Emmet | 1:24-cv-00435 |
| Larson v Mason | 1:24-cv-00433 |
| Mulkey v Hillsdale | 1:24-cv-00365 |
| Perry v St. Joseph | 1:24-cv-00389 |
| Trull v Schoolcraft | 1:23-cv-00993 |
| Warmboe v Dickinson | 2:24-cv-00066 |