Julie Dombrowski v Menominee County, et al

Case No. 2:24-cv-00065

# EXHIBIT C

## To Plaintiff's Motion

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

KAREN HOTTENROTT, et al.,

        Plaintiffs,

v.

IRON, COUNTY OF, et al.,

        Defendants.

_____/

Case No. 2:23–cv–00117–PLM–PJG

Hon. Paul L. Maloney

## <ins>NOTICE OF HEARING</ins>

TAKE NOTICE that a hearing has been scheduled as set forth below:

Type of hearing(s):   Status Conference
Date/Time:   September 26, 2023   02:00 PM
Magistrate Judge:   Phillip J. Green
Place/Location:   499 Federal Building, Grand Rapids, MI

*The purpose of this status conference is to streamline these cases going forward in the litigation process in the most expeditious manner.*

        PHILLIP J. GREEN
        U.S. Magistrate Judge

Dated:  September 6, 2023     By:  <u>/s/ Angie L. Doezema</u>
                         Courtroom Deputy