**Julie Dombrowski v Menominee County, et al**

**Case No. 2:24-cv-00065**

# EXHIBIT D

## To Plaintiff's Motion

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF MICHIGAN
* * * * *

KAREN HOTTENROTT, an individual; TAMMY MOYER, f/k/a TAMMY CAIRNS, an individual; ESTATE OF BARBARA L. GETTYS, by heir and representative, BRYAN BETTS; DAD COMPANY, a Michigan Corporation, by President DEAN BORLAND; ESTATE OF SHERRI BUFORD, by personal representative, LUCRETIA Y. BUFORD; ESTATE OF JOSEPH WERTZ, by heir and representative, JASON WERTZ; DENISE JOHNSON, an individual; JEFFREY SMITH, an individual; TED KOLASA, an individual; LAWRENCE PAQUIN, an individual; MARSHALL SLATER, an individual; ROGER ADKINS, an individual; JASON BLOWERS, an individual; ESTATE OF TREVA JEAN KENYON, by heir and representative, VICKIE DAVIS; JEAN ANN EIB, an individual; JOHNNY ANTHONY, an individual; JAMES HALEY, an individual; KIM MOSIER, an individual; MARK MCCRONE, an individual; MAKINI NYANTEH, an individual; EDWARD AND DOROTHY KETOLA, a married couple; and JAMES ELWELL, an individual,

       Plaintiffs,

-vs-

Case No. 2:23-cv-117

HON. PAUL L. MALONEY

IRON COUNTY, a Governmental Unit; MELANIE CAMPS, in her individual and official capacity; MENOMINEE COUNTY, a Governmental Unit; BARBARA PARRETT, in her individual and official capacity; DIANE LESPERANCE, in her individual capacity; KALAMAZOO COUNTY, a Governmental Unit; THOMAS L. WHITENER, in his individual and official capacity; MARY BALKEMA, in her individual capacity; ANTRIM COUNTY, a Governmental Unit; SHERRY A. COMBEN, in her individual and official capacity; CALHOUN COUNTY, a Governmental Unit; BRIAN W. WENSAUER, in his individual and official capacity; CHRISTINE SCHAUER, in her individual capacity; EATON COUNTY, a Governmental Unit; ROBERT ROBINSON, in his individual and official capacity; BERRIEN COUNTY, a Governmental Unit; SHELLY WEICH, in her individual and official capacity; BRET WITKOWSKI, in his individual capacity; BARRY COUNTY, a Governmental Unit; and SUSAN VANDECAR, in her individual and official capacity,

        Defendants.

---

## ORDER GRANTING STIPULATION TO STAY CASES

---

2

Upon the stipulation of the parties and the Court being otherwise fully advised in the premises:

IT IS HEREBY ORDERED all proceedings and deadlines are stayed and held in abeyance for the matters listed in **Exhibit A**, pending order from the Court following the status conference set for September 26, 2023.

SO ORDERED.

Dated:___September 14, 2023_____                          __/s/ Paul L. Maloney_____
                                                                                  Hon. Paul L. Maloney

3

**EXHIBIT A: LIST OF CASES**

| Case Name | Case Number |
|---|---|
| 36th St Properties v. Kent | 1:23-cv-00766 |
| Avery v. Kent | 1:23-cv-00929 |
| Boniface v. Barry | 1:23-cv-00871 |
| Bristol v. Kent | 1:23-cv-00900 |
| Cole v. Mackinac | 2:23-cv-00159 |
| Fingal v. Ontonagon | 2:23-cv-00061 |
| Gerlach v. Mackinac | 2:23-cv-00147 |
| Havela v. Gogebic | 2:23-cv-00124 |
| Hottenrot v. Iron | 2:23-cv-00117 |
| Hurlburt v. Osceola | 1:23-cv-00906 |
| Jones v. Baraga | 2:23-cv-00162 |
| Kleyn v. Muskegon | 1:23-cv-00928 |
| Kyser v. Kalkaska | 1:23-cv-00893 |
| Larson v. Marquette | 2:23-cv-00175 |
| Leidecker Farrier v. Missaukee | 1:23-cv-00873 |
| Morrison v. Gogebic | 2:23-cv-00120 |
| Paul v. Marquette | 2:23-cv-00121 |
| Smith v. Calhoun | 1:23-cv-00789 |
| Strong v. Marquette | 2:23-cv-00150 |
| Theison v. Dickinson | 2:23-cv-00129 |
| Veen Price v. Chippewa | 2:23-cv-00138 |
| Wolfe v. Alger | 2:23-cv-00146 |